## STATE OF CONNECTICUT *v.* JOSE DIAZ

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 228, is denied.

*Charles B. Angelo,* in support of the petition.

*Christopher Malany,* deputy assistant state's attorney, in opposition.

Decided January 9, 1987

## STATE OF CONNECTICUT *v.* MICHAEL FRAENZA

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 228, is denied.

*Charles B. Angelo,* in support of the petition.

*Christopher Malany,* deputy assistant state's attorney, in opposition.

Decided January 9, 1987

## STATE OF CONNECTICUT *v.* WALLACE C. WEISSER

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 255, is denied.

*Mark Rademacher,* in support of the petition.

*James G. Clark,* assistant state's attorney, in opposition.

Decided January 9, 1987

## STATE OF CONNECTICUT *v.* PHILIP LISCIO

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 121, is denied.

*Todd D. Fernow* and *Joan K. Alexander,* certified legal intern, in support of the petition.

Decided January 15, 1987